FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HANH NGUYEN, | No. 13-17317 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-01799-LRH-NJK |
| v. | District of Nevada, Las Vegas |
| WASHINGTON MUTUAL BANK, N.A.; et al., | |
| Defendants - Appellees. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motions to substitute parties, filed on November 18, 2014 and November 25, 2014, are denied.

The court sua sponte grants appellant an extension of time to file an optional reply brief. Any reply brief is due within 28 days of the filing date of this order.