UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HANH NGUYEN,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, N.A.; et al.,<br><br>        Defendants - Appellees. | No. 13-17317<br><br>D.C. No. 2:11-cv-01799-LRH-NJK<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

Appellant's motion for an extension of time to file the reply brief is granted.

The reply brief is now due on or before February 17, 2015.

                                  FOR THE COURT:
                                  Molly C. Dwyer
                                  Clerk of Court

                                  Linda K. King
                                  Deputy Clerk

                                  Ninth Circuit Rules 27-7 and 27-10